

**Allstate**
You're in good hands.

### Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

| | | | |
|---|---|---|---|
| Insured: | LINDA FLOYD | Home: | |
| Property: | 728 CHANDLER MILL RD | E-mail: | |
| | LAKE CITY, SC 29560-5031 | | |
| Home: | 728 CHANDLER MILL RD | | |
| | LAKE CITY, SC 29560 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Tom Sutherland | Business: | (800) 325-3659 x 5477754 |
| Company: | Allstate Insurance | E-mail: | tom.sutherland@allstate.com |
| Business: | PO Box 34212 | | |
| | Charlotte, NC 28234 | | |

| | | | |
|---|---|---|---|
| Estimator: | Tom Sutherland | Business: | (800) 325-3659 x 5477754 |
| Company: | Allstate Insurance | E-mail: | tom.sutherland@allstate.com |
| Business: | PO Box 34212 | | |
| | Charlotte, NC 28234 | | |

**Claim Number:** 0443657846     **Policy Number:** 000955889615     **Type of Loss:** Fire-Hostile

| | | | |
|---|---|---|---|
| Date Contacted: | 1/24/2017 2:59 PM | | |
| Date of Loss: | 1/23/2017 12:00 AM | Date Received: | 1/24/2017 10:15 AM |
| Date Inspected: | 1/26/2017 10:20 AM | Date Entered: | 1/24/2017 2:58 PM |
| Date Est. Completed: | 2/16/2017 5:07 PM | | |

| | |
|---|---|
| Price List: | SCFL8X_JAN17 |
| | Restoration/Service/Remodel |
| Estimate: | LINDA_FLOYD |

Allstate is dedicated to providing you with outstanding service throughout the claim-handling process. If you have any questions regarding this estimate, or if there are differences with the estimate provided by your repair person of choice, or if additional damage is found during the repair process, please contact us at (800) 325-3659 x 5477754.
Thank you,
Tom Sutherland



**EXHIBIT A**



### Southeastern Property Market Claim Office

**Allstate**
You're in good hands.

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

**LINDA_FLOYD**

**SKETCH2**

**Main Level**



| Bedroom 3 | | | | | | | | Height: Sloped |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 275.00 SF Walls | | | | | | 107.04 SF Ceiling | | |
| 382.04 SF Walls & Ceiling | | | | | | 106.08 SF Floor | | |
| 11.79 SY Flooring | | | | | | 36.33 LF Floor Perimeter | | |
| 41.53 LF Ceil. Perimeter | | | | | | | | |

| Door | 2' 6" X 6' 8" | Opens into HALL_1 |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into B3_CL |
| Window | 2' 8" X 4' 6" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 1. Clean the walls and ceiling | 382.04 SF | 0.24 | 91.69 | 0/NA Avg. | | 0% | (0.00) | 91.69 |
| 2. Seal/prime then paint the ceiling twice (3 coats) | 107.04 SF | 1.24 | 132.73 | 5/15 yrs Avg. | | 33.33% | (44.24) | 88.49 |
| 3. Clean light fixture | 1.00 EA | 6.96 | 6.96 | 0/NA Avg. | | 0% | (0.00) | 6.96 |
| 4. Clean door (per side) | 4.00 EA | 4.74 | 18.96 | 0/NA Avg. | | 0% | (0.00) | 18.96 |
| 5. Paint door slab only - 2 coats (per side) | 4.00 EA | 35.76 | 143.04 | 10/15 yrs Avg. | | 66.67% | (95.36) | 47.68 |
| 6. Clean window unit (per side) 10 - 20 SF | 1.00 EA | 9.90 | 9.90 | 0/NA Avg. | | 0% | (0.00) | 9.90 |
| 7. R&R Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 54.08 | 54.08 | 5/5 yrs Avg. | | 90% [M] | (43.28) | 10.80 |
| 8. Floor protection - plastic and tape - 10 mil | 106.08 SF | 0.28 | 29.70 | 0/15 yrs Avg. | | 0% | (0.00) | 29.70 |
| 9. Clean and deodorize carpet | 106.08 SF | 0.30 | 31.82 | 0/NA Avg. | | 0% | (0.00) | 31.82 |
| 10. Clean shelving - wood | 4.00 LF | 0.60 | 2.40 | 0/NA Avg. | | 0% | (0.00) | 2.40 |
| 11. Heat/AC register - Floor register - Detach & reset | 1.00 EA | 1.65 | 1.65 | 0/NA Avg. | | 0% | (0.00) | 1.65 |
| 12. Clean register - heat / AC | 1.00 EA | 3.98 | 3.98 | 0/NA Avg. | | 0% | (0.00) | 3.98 |
| 13. Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 28.14 | 28.14 | 0/NA Avg. | | 0% | (0.00) | 28.14 |
| 14. Deodorize building - Hot thermal fog | 822.15 CF | 0.05 | 41.11 | 0/NA Avg. | | 0% | (0.00) | 41.11 |

| Totals: Bedroom 3 | | | 596.16 | | | | 182.88 | 413.28 |
|---|---|---|---|---|---|---|---|---|



| B3 Cl | | | | | | | | Height: Sloped |
|---|---|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 71.17 SF Walls | | | | | | 7.25 SF Ceiling | | |
| 78.42 SF Walls & Ceiling | | | | | | 7.19 SF Floor | | |
| 0.80 SY Flooring | | | | | | 8.83 LF Floor Perimeter | | |
| 11.40 LF Ceil. Perimeter | | | | | | | | |

| Door | 2' 6" X 6' 8" | Opens into BEDROOM_3 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|



**Allstate**
You're in good hands.

## Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

### CONTINUED - B3 Cl

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 15. Clean the walls and ceiling | 78.42 SF | 0.24 | 18.82 | 0/NA | Avg. | 0% | (0.00) | 18.82 |
| 16. Clean and deodorize carpet | 7.19 SF | 0.30 | 2.16 | 0/NA | Avg. | 0% | (0.00) | 2.16 |
| 17. Clean shelving - wire (vinyl coated) | 3.75 LF | 1.15 | 4.31 | 0/NA | Avg. | 0% | (0.00) | 4.31 |
| 18. Deodorize building - Hot thermal fog | 55.70 CF | 0.05 | 2.79 | 0/NA | Avg. | 0% | (0.00) | 2.79 |
| **Totals: B3 Cl** | | | **28.08** | | | | **0.00** | **28.08** |

**Hall 1**    **Height: Sloped**

66.85 SF Walls            12.93 SF Ceiling
79.77 SF Walls & Ceiling  12.75 SF Floor
1.42 SY Flooring          6.58 LF Floor Perimeter
14.58 LF Ceil. Perimeter

| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_4** |
|---|---|---|
| **Missing Wall - Goes to Floor** | 2' 11" X 6' 8" | **Opens into HALL_2** |
| **Door** | 2' 6" X 6' 8" | **Opens into BEDROOM_3** |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 19. R&R Ceiling panel - w/battens & staples-mobile home | 12.93 SF | 2.94 | 38.01 | 17/150 yrs | Avg. | 11.33% | (3.94) | 34.07 |
| 20. R&R Blown-in insulation - 6" depth - R13 | 12.93 SF | 0.88 | 11.38 | 17/150 yrs | Avg. | 11.33% | (0.70) | 10.68 |
| 21. Seal floor or ceiling joist system | 12.93 SF | 1.21 | 15.65 | 0/15 yrs | Avg. | 0% | (0.00) | 15.65 |
| 22. R&R Light fixture | 1.00 EA | 63.66 | 63.66 | 17/20 yrs | Avg. | 85% | (49.09) | 14.57 |
| 23. R&R 1/2" drywall - vinyl coated w/seam battens | 66.85 SF | 3.03 | 202.55 | 17/150 yrs | Avg. | 11.33% | (21.06) | 181.49 |
| 24. R&R Crown molding - 2 1/4" stain grade | 14.58 LF | 3.83 | 55.84 | 17/150 yrs | Avg. | 11.33% | (5.67) | 50.17 |
| 25. Stain & finish crown molding | 14.58 LF | 1.65 | 24.06 | 17/15 yrs | Avg. | 90% [M] | (21.65) | 2.41 |
| 26. R&R Casing - 2 1/4" stain grade | 51.00 LF | 2.23 | 113.73 | 17/150 yrs | Avg. | 11.33% | (11.16) | 102.57 |
| 27. Stain & finish casing | 51.00 LF | 1.53 | 78.03 | 17/15 yrs | Avg. | 90% [M] | (70.23) | 7.80 |
| 28. R&R Smoke detector | 1.00 EA | 51.22 | 51.22 | 5/10 yrs | Avg. | 50% | (22.31) | 28.91 |
| 29. Clean and deodorize carpet | 12.75 SF | 0.30 | 3.83 | 0/NA | Avg. | 0% | (0.00) | 3.83 |
| **Totals: Hall 1** | | | **657.96** | | | | **205.81** | **452.15** |



## Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787



**Bedroom 4**                                                                 **Height: Sloped**

276.54 SF Walls                          101.07 SF Ceiling
377.60 SF Walls & Ceiling                100.17 SF Floor
11.13 SY Flooring                        36.67 LF Floor Perimeter
41.87 LF Ceil. Perimeter

| Window | 2' 8" X 4' 6" | Opens into Exterior |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into B4_CL |
| Door | 2' 6" X 6' 8" | Opens into HALL_1 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 30. Clean the walls and ceiling | 377.60 SF | 0.24 | 90.62 | 0/NA | Avg. | 0% | (0.00) | 90.62 |
| 31. Seal/prime then paint the ceiling twice (3 coats) | 101.07 SF | 1.24 | 125.33 | 5/15 yrs | Avg. | 33.33% | (41.78) | 83.55 |
| 32. Clean light fixture | 1.00 EA | 6.96 | 6.96 | 0/NA | Avg. | 0% | (0.00) | 6.96 |
| 33. Clean door (per side) | 4.00 EA | 4.74 | 18.96 | 0/NA | Avg. | 0% | (0.00) | 18.96 |
| 34. Paint door slab only - 2 coats (per side) | 4.00 EA | 35.76 | 143.04 | 10/15 yrs | Avg. | 66.67% | (95.36) | 47.68 |
| 35. Clean window unit (per side) 10 - 20 SF | 1.00 EA | 9.90 | 9.90 | 0/NA | Avg. | 0% | (0.00) | 9.90 |
| 36. R&R Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 54.08 | 54.08 | 5/5 yrs | Avg. | 90% [M] | (43.28) | 10.80 |
| 37. Floor protection - plastic and tape - 10 mil | 100.17 SF | 0.28 | 28.05 | 0/15 yrs | Avg. | 0% | (0.00) | 28.05 |
| 38. Clean and deodorize carpet | 100.17 SF | 0.30 | 30.05 | 0/NA | Avg. | 0% | (0.00) | 30.05 |
| 39. Deodorize building - Hot thermal fog | 772.20 CF | 0.05 | 38.61 | 0/NA | Avg. | 0% | (0.00) | 38.61 |

**Totals: Bedroom 4**                                    **545.60**                              **180.42**    **365.18**

**B4 Cl**                                                                      **Height: Sloped**

65.50 SF Walls                           7.25 SF Ceiling
72.75 SF Walls & Ceiling                 7.19 SF Floor
0.80 SY Flooring                         8.83 LF Floor Perimeter
11.40 LF Ceil. Perimeter

| Door | 2' 6" X 6' 8" | Opens into BEDROOM_4 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 40. Clean the walls and ceiling | 72.75 SF | 0.24 | 17.46 | 0/NA | Avg. | 0% | (0.00) | 17.46 |
| 41. Clean and deodorize carpet | 7.19 SF | 0.30 | 2.16 | 0/NA | Avg. | 0% | (0.00) | 2.16 |
| 42. Clean shelving - wire (vinyl coated) | 3.75 LF | 1.15 | 4.31 | 0/NA | Avg. | 0% | (0.00) | 4.31 |
| 43. Deodorize building - Hot thermal fog | 52.11 CF | 0.05 | 2.61 | 0/NA | Avg. | 0% | (0.00) | 2.61 |

**Totals: B4 Cl**                                        **26.54**                               **0.00**    **26.54**



## Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787



**Bedroom 2**                                                          **Height: Sloped**

| | |
|---|---|
| 268.33 SF Walls | 107.04 SF Ceiling |
| 375.37 SF Walls & Ceiling | 106.08 SF Floor |
| 11.79 SY Flooring | 36.33 LF Floor Perimeter |
| 41.53 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into B2_CL |
| Door | 2' 6" X 6' 8" | Opens into HALL_2 |
| Window | 4' X 4' 8" | Opens into Exterior |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 44. Clean the walls and ceiling | 375.37 SF | 0.24 | 90.09 | 0/NA Avg. | | 0% | (0.00) | 90.09 |
| 45. Seal/prime then paint the ceiling twice (3 coats) | 107.04 SF | 1.24 | 132.73 | 5/15 yrs Avg. | | 33.33% | (44.24) | 88.49 |
| 46. Clean light fixture | 1.00 EA | 6.96 | 6.96 | 0/NA Avg. | | 0% | (0.00) | 6.96 |
| 47. Clean door (per side) | 4.00 EA | 4.74 | 18.96 | 0/NA Avg. | | 0% | (0.00) | 18.96 |
| 48. Paint door slab only - 2 coats (per side) | 4.00 EA | 35.76 | 143.04 | 10/15 yrs Avg. | | 66.67% | (95.36) | 47.68 |
| 49. Clean window unit (per side) 10 - 20 SF | 1.00 EA | 9.90 | 9.90 | 0/NA Avg. | | 0% | (0.00) | 9.90 |
| 50. R&R Window blind - PVC - 1" - 7.1 to 14 SF | 1.00 EA | 54.08 | 54.08 | 5/5 yrs Avg. | | 90% [M] | (43.28) | 10.80 |
| 51. Floor protection - plastic and tape - 10 mil | 106.08 SF | 0.28 | 29.70 | 0/15 yrs Avg. | | 0% | (0.00) | 29.70 |
| 52. Clean and deodorize carpet | 106.08 SF | 0.30 | 31.82 | 0/NA Avg. | | 0% | (0.00) | 31.82 |
| 53. Clean shelving - wood | 4.00 LF | 0.60 | 2.40 | 0/NA Avg. | | 0% | (0.00) | 2.40 |
| 54. Heat/AC register - Floor register - Detach & reset | 1.00 EA | 1.65 | 1.65 | 0/NA Avg. | | 0% | (0.00) | 1.65 |
| 55. Clean register - heat / AC | 1.00 EA | 3.98 | 3.98 | 0/NA Avg. | | 0% | (0.00) | 3.98 |
| 56. Clean ductwork - Interior (PER REGISTER) | 1.00 EA | 28.14 | 28.14 | 0/NA Avg. | | 0% | (0.00) | 28.14 |
| 57. Deodorize building - Hot thermal fog | 822.15 CF | 0.05 | 41.11 | 0/NA Avg. | | 0% | (0.00) | 41.11 |

**Totals: Bedroom 2**                                     **594.56**                                  **182.88**     **411.68**



**B2 Cl**                                                                  **Height: Sloped**

| | |
|---|---|
| 102.97 SF Walls | 13.68 SF Ceiling |
| 116.65 SF Walls & Ceiling | 13.59 SF Floor |
| 1.51 SY Flooring | 13.81 LF Floor Perimeter |
| 16.39 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_2 |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 58. Clean the walls and ceiling | 116.65 SF | 0.24 | 28.00 | 0/NA Avg. | | 0% | (0.00) | 28.00 |
| 59. Clean and deodorize carpet | 13.59 SF | 0.30 | 4.08 | 0/NA Avg. | | 0% | (0.00) | 4.08 |
| 60. Clean shelving - wire (vinyl coated) | 5.83 LF | 1.15 | 6.70 | 0/NA Avg. | | 0% | (0.00) | 6.70 |
| 61. Deodorize building - Hot thermal fog | 99.65 CF | 0.05 | 4.98 | 0/NA Avg. | | 0% | (0.00) | 4.98 |



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

### CONTINUED - B2 Cl

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: B2 Cl | | | 43.76 | | | | 0.00 | 43.76 |



**Bath**                                                               **Height: Sloped**

158.07 SF Walls                         36.71 SF Ceiling
194.78 SF Walls & Ceiling           32.30 SF Floor
3.59 SY Flooring                      18.31 LF Floor Perimeter
25.08 LF Ceil. Perimeter

**Door**                           **2' 6" X 6' 8"**                     **Opens into HALL_2**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 62. Clean the walls and ceiling | 194.78 SF | 0.24 | 46.75 | 0/NA | Avg. | 0% | (0.00) | 46.75 |
| 63. Seal/prime then paint the walls and ceiling twice (3 coats) | 194.78 SF | 1.24 | 241.53 | 0/15 yrs | Avg. | 0% | (0.00) | 241.53 |
| 64. Clean mirror | 6.00 SF | 0.48 | 2.88 | 0/NA | Avg. | 0% | (0.00) | 2.88 |
| 65. Clean tub | 1.00 EA | 13.89 | 13.89 | 0/NA | Avg. | 0% | (0.00) | 13.89 |
| 66. Clean tub / shower faucet | 1.00 EA | 9.24 | 9.24 | 0/NA | Avg. | 0% | (0.00) | 9.24 |
| 67. Clean vanity - inside and out | 2.50 LF | 8.68 | 21.70 | 0/NA | Avg. | 0% | (0.00) | 21.70 |
| 68. Clean countertop | 5.00 SF | 0.48 | 2.40 | 0/NA | Avg. | 0% | (0.00) | 2.40 |
| 69. Clean sink | 1.00 EA | 8.54 | 8.54 | 0/NA | Avg. | 0% | (0.00) | 8.54 |
| 70. Clean sink faucet | 1.00 EA | 6.36 | 6.36 | 0/NA | Avg. | 0% | (0.00) | 6.36 |
| 71. Clean toilet | 1.00 EA | 14.35 | 14.35 | 0/NA | Avg. | 0% | (0.00) | 14.35 |
| 72. R&R Toilet seat - Standard grade | 1.00 EA | 36.03 | 36.03 | 5/9 yrs | Avg. | 55.56% | (17.76) | 18.27 |
| 73. Clean floor | 32.30 SF | 0.28 | 9.04 | 0/NA | Avg. | 0% | (0.00) | 9.04 |
| 74. Clean door (per side) | 2.00 EA | 4.74 | 9.48 | 0/NA | Avg. | 0% | (0.00) | 9.48 |
| 75. Paint door slab only - 2 coats (per side) | 2.00 EA | 35.76 | 71.52 | 10/15 yrs | Avg. | 66.67% | (47.68) | 23.84 |
| 76. Clean light fixture | 2.00 EA | 6.96 | 13.92 | 0/NA | Avg. | 0% | (0.00) | 13.92 |
| 77. Clean bathroom fan | 1.00 EA | 18.48 | 18.48 | 0/NA | Avg. | 0% | (0.00) | 18.48 |
| 78. Clean baseboard | 8.31 LF | 0.23 | 1.91 | 0/NA | Avg. | 0% | (0.00) | 1.91 |
| 79. Seal & paint baseboard - two coats | 8.31 LF | 1.47 | 12.22 | 10/15 yrs | Avg. | 66.67% | (8.15) | 4.07 |
| 80. Deodorize building - Hot thermal fog | 273.10 CF | 0.05 | 13.66 | 0/NA | Avg. | 0% | (0.00) | 13.66 |
| **Totals: Bath** | | | **553.90** | | | | **73.59** | **480.31** |



## Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787



| Hall 2 | | Height: Sloped |
|---|---|---|
| | 85.82 SF Walls | 22.84 SF Ceiling |
| | 108.66 SF Walls & Ceiling | 22.53 SF Floor |
| | 2.50 SY Flooring | 8.57 LF Floor Perimeter |
| | 18.19 LF Ceil. Perimeter | |

| Door | 1' 8" X 6' 8" | Opens into LC |
|---|---|---|
| Door | 2' 6" X 6' 8" | Opens into BEDROOM_2 |
| Missing Wall - Goes to Floor | 2' 11" X 6' 8" | Opens into HALL_1 |
| Missing Wall | 3' 1/8" X 8' | Opens into DINING_ROOM |
| Door | 2' 6" X 6' 8" | Opens into BATH |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 81. R&R Ceiling panel - w/battens & staples-mobile home | 22.84 SF | 2.94 | 67.15 | 17/150 yrs | Avg. | 11.33% | (6.96) | 60.19 |
| 82. R&R Blown-in insulation - 6" depth - R13 | 22.84 SF | 0.88 | 20.10 | 17/150 yrs | Avg. | 11.33% | (1.24) | 18.86 |
| 83. Seal floor or ceiling joist system | 22.84 SF | 1.21 | 27.64 | 0/15 yrs | Avg. | 0% | (0.00) | 27.64 |
| 84. R&R Light fixture | 1.00 EA | 63.66 | 63.66 | 17/20 yrs | Avg. | 85% | (49.09) | 14.57 |
| 85. R&R 1/2" drywall - vinyl coated w/seam battens | 85.82 SF | 3.03 | 260.04 | 17/150 yrs | Avg. | 11.33% | (27.04) | 233.00 |
| 86. R&R Crown molding - 2 1/4" stain grade | 18.19 LF | 3.83 | 69.67 | 17/150 yrs | Avg. | 11.33% | (7.07) | 62.60 |
| 87. Stain & finish crown molding | 18.19 LF | 1.65 | 30.01 | 17/15 yrs | Avg. | 90% [M] | (27.01) | 3.00 |
| 88. R&R Casing - 2 1/4" stain grade | 34.00 LF | 2.23 | 75.82 | 17/150 yrs | Avg. | 11.33% | (7.44) | 68.38 |
| 89. Stain & finish casing | 34.00 LF | 1.53 | 52.02 | 17/15 yrs | Avg. | 90% [M] | (46.82) | 5.20 |
| 90. Clean and deodorize carpet | 22.53 SF | 0.30 | 6.76 | 0/NA | Avg. | 0% | (0.00) | 6.76 |

| Totals: Hall 2 | | | 672.87 | | | | 172.67 | 500.20 |
|---|---|---|---|---|---|---|---|---|



| LC | | Height: Sloped |
|---|---|---|
| | 51.56 SF Walls | 3.97 SF Ceiling |
| | 55.52 SF Walls & Ceiling | 3.89 SF Floor |
| | 0.43 SY Flooring | 6.33 LF Floor Perimeter |
| | 8.07 LF Ceil. Perimeter | |

| Door | 1' 8" X 6' 8" | Opens into HALL_2 |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 91. Clean the walls and ceiling | 55.52 SF | 0.24 | 13.32 | 0/NA | Avg. | 0% | (0.00) | 13.32 |
| 92. Clean and deodorize carpet | 3.89 SF | 0.30 | 1.17 | 0/NA | Avg. | 0% | (0.00) | 1.17 |
| 93. Clean shelving - wire (vinyl coated) | 7.00 LF | 1.15 | 8.05 | 0/NA | Avg. | 0% | (0.00) | 8.05 |
| 94. Clean door (per side) | 2.00 EA | 4.74 | 9.48 | 0/NA | Avg. | 0% | (0.00) | 9.48 |
| 95. Paint door slab only - 2 coats (per side) | 2.00 EA | 35.76 | 71.52 | 10/15 yrs | Avg. | 66.67% | (47.68) | 23.84 |
| 96. Deodorize building - Hot thermal fog | 30.46 CF | 0.05 | 1.52 | 0/NA | Avg. | 0% | (0.00) | 1.52 |



### Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

**CONTINUED - LC**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| Totals: LC | | | 105.06 | | | | 47.68 | 57.38 |



| **Dining Room** | | | | | | | | **Height: Sloped** |
|---|---|---|---|---|---|---|---|---|

209.24 SF Walls                         110.36 SF Ceiling
319.60 SF Walls & Ceiling          109.38 SF Floor
12.15 SY Flooring                       27.91 LF Floor Perimeter
39.16 LF Ceil. Perimeter

| **Window** | 1' 5" X 4' | **Opens into KITCHEN** |
|---|---|---|
| **Missing Wall - Goes to Floor** | 6' 11" X 6' 8" | **Opens into KITCHEN** |
| **Missing Wall - Goes to Floor** | 4' 2" X 6' 8" | **Opens into LIVING_ROOM** |
| **Missing Wall** | 3' 1/8" X 7' | **Opens into HALL_2** |
| **Window** | 2' 8" X 4' 6" | **Opens into Exterior** |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 97. R&R Ceiling panel - w/battens & staples-mobile home | 110.36 SF | 2.94 | 324.46 | 17/150 yrs | Avg. | 11.33% | (33.65) | 290.81 |
| 98. R&R Blown-in insulation - 6" depth - R13 | 110.36 SF | 0.88 | 97.11 | 17/150 yrs | Avg. | 11.33% | (6.00) | 91.11 |
| 99. Seal floor or ceiling joist system | 110.36 SF | 1.21 | 133.54 | 0/15 yrs | Avg. | 0% | (0.00) | 133.54 |
| 100. R&R Hanging light fixture | 1.00 EA | 73.38 | 73.38 | 17/20 yrs | Avg. | 85% | (56.01) | 17.37 |
| 101. R&R 1/2" drywall - vinyl coated w/seam battens | 209.24 SF | 3.03 | 634.00 | 17/150 yrs | Avg. | 11.33% | (65.92) | 568.08 |
| 102. R&R Batt insulation - 4" - R11- unfaced batt | 61.00 SF | 0.66 | 40.26 | 17/150 yrs | Avg. | 11.33% | (3.53) | 36.73 |
| 103. R&R Crown molding - 2 1/4" stain grade | 39.16 LF | 3.83 | 149.98 | 17/150 yrs | Avg. | 11.33% | (15.22) | 134.76 |
| 104. Stain & finish crown molding | 39.16 LF | 1.65 | 64.61 | 17/15 yrs | Avg. | 90% [M] | (58.15) | 6.46 |
| 105. R&R Laminate - simulated wood flooring - Standard grade | 109.38 SF | 4.81 | 526.12 | 10/25 yrs | Avg. | 40% | (179.82) | 346.30 |
| 106. Clean window unit (per side) 10 - 20 SF | 1.00 EA | 9.90 | 9.90 | 0/NA | Avg. | 0% | (0.00) | 9.90 |
| 107. Detach & Reset Window drapery - hardware - single rod - Small | 1.00 EA | 22.95 | 22.95 | 0/10 yrs | Avg. | 0% | (0.00) | 22.95 |
| 108. R&R Thermostat - Standard grade | 1.00 EA | 74.98 | 74.98 | 17/35 yrs | Avg. | 48.57% | (34.82) | 40.16 |
| 109. R&R Door bell/chime - Standard grade | 1.00 EA | 89.72 | 89.72 | 17/10 yrs | Avg. | 90% [M] | (78.05) | 11.67 |

| **Totals: Dining Room** | | | 2,241.01 | | | | 531.17 | 1,709.84 |
|---|---|---|---|---|---|---|---|---|



### Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787



**Kitchen**                                                                                **Height: Sloped**

| | |
|---|---|
| 405.04 SF Walls | 177.03 SF Ceiling |
| 582.06 SF Walls & Ceiling | 175.45 SF Floor |
| 19.49 SY Flooring | 52.94 LF Floor Perimeter |
| 65.60 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Window** | 2' 8" X 3' | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Window** | 1' 5" X 4' | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | 6' 11" X 6' 8" | **Opens into DINING_ROOM** |
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | **Opens into LIVING_ROOM** |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 110. R&R Ceiling panel - w/battens & staples- mobile home | 177.03 SF | 2.94 | 520.47 | 17/150 yrs | Avg. | 11.33% | (53.97) | 466.50 |
| 111. R&R Blown-in insulation - 6" depth - R13 | 177.03 SF | 0.88 | 155.78 | 17/150 yrs | Avg. | 11.33% | (9.63) | 146.15 |
| 112. Seal floor or ceiling joist system | 177.03 SF | 1.21 | 214.21 | 0/15 yrs | Avg. | 0% | (0.00) | 214.21 |
| 113. R&R Light fixture | 3.00 EA | 63.66 | 190.98 | 17/20 yrs | Avg. | 85% | (147.26) | 43.72 |
| 114. R&R Cabinetry - upper (wall) units - mobile home | 19.25 LF | 63.21 | 1,216.80 | 17/50 yrs | Avg. | 34% | (384.46) | 832.34 |
| 115. Add for prefinished crown molding per LF | 19.33 LF | 8.15 | 157.54 | 17/150 yrs | Avg. | 11.33% | (17.85) | 139.69 |
| 116. Add for frosted/etched or beveled glass, per cabinet door | 2.00 EA | 45.09 | 90.18 | 17/50 yrs | Avg. | 34% | (30.66) | 59.52 |
| 117. R&R Cabinetry - lower (base) units - mobile home | 14.00 LF | 80.94 | 1,133.16 | 17/50 yrs | Avg. | 34% | (364.00) | 769.16 |
| 118. Cabinet knob or pull - Standard grade | 23.00 EA | 4.88 | 112.24 | 17/20 yrs | Avg. | 85% | (95.40) | 16.84 |
| 119. R&R Countertop - flat laid plastic laminate - Standard grade | 17.25 LF | 28.51 | 491.80 | 17/15 yrs | Avg. | 90% [M] | (402.72) | 89.08 |
| 120. R&R Range hood | 1.00 EA | 173.32 | 173.32 | 17/14 yrs | Avg. | 90% [M] | (149.24) | 24.08 |
| 121. R&R 1/2" drywall - vinyl coated w/seam battens | 405.04 SF | 3.03 | 1,227.27 | 17/150 yrs | Avg. | 11.33% | (127.61) | 1,099.66 |
| 122. R&R Batt insulation - 4" - R11 - unfaced batt | 123.00 SF | 0.66 | 81.18 | 17/150 yrs | Avg. | 11.33% | (7.11) | 74.07 |
| 123. Seal stud wall for odor control | 405.04 SF | 0.84 | 340.23 | 0/15 yrs | Avg. | 0% | (0.00) | 340.23 |
| 124. R&R Crown molding - 2 1/4" stain grade | 65.60 LF | 3.83 | 251.25 | 17/150 yrs | Avg. | 11.33% | (25.50) | 225.75 |
| 125. Stain & finish crown molding | 65.60 LF | 1.65 | 108.24 | 17/15 yrs | Avg. | 90% [M] | (97.42) | 10.82 |
| 126. Refrigerator - Remove & reset | 1.00 EA | 25.18 | 25.18 | 0/NA | Avg. | 0% | (0.00) | 25.18 |
| 127. Range - electric - Remove & reset | 1.00 EA | 25.18 | 25.18 | 0/NA | Avg. | 0% | (0.00) | 25.18 |
| 128. Washing machine - Remove & reset | 1.00 EA | 20.98 | 20.98 | 0/NA | Avg. | 0% | (0.00) | 20.98 |
| 129. Dryer - Remove & reset | 1.00 EA | 18.89 | 18.89 | 0/NA | Avg. | 0% | (0.00) | 18.89 |
| 130. Freezer - Remove & reset | 1.00 EA | 25.18 | 25.18 | 0/NA | Avg. | 0% | (0.00) | 25.18 |
| 131. R&R Shelving - wire (vinyl coated) | 4.92 LF | 9.26 | 45.56 | 17/150 yrs | Avg. | 11.33% | (4.08) | 41.48 |
| 132. R&R Laminate - simulated wood flooring - Standard grade | 175.45 SF | 4.81 | 843.92 | 10/25 yrs | Avg. | 40% | (288.44) | 555.48 |
| 133. R&R Shelving - 16" - in place | 5.33 LF | 7.26 | 38.70 | 17/150 yrs | Avg. | 11.33% | (4.21) | 34.49 |
| 134. Sink - double - Detach & reset | 1.00 EA | 108.51 | 108.51 | 0/NA | Avg. | 0% | (0.00) | 108.51 |
| 135. Clean sink - double | 1.00 EA | 11.39 | 11.39 | 0/NA | Avg. | 0% | (0.00) | 11.39 |
| 136. Clean sink faucet | 1.00 EA | 6.36 | 6.36 | 0/NA | Avg. | 0% | (0.00) | 6.36 |
| 137. P-trap assembly - ABS (plastic) | 1.00 EA | 42.94 | 42.94 | 17/25 yrs | Avg. | 68% | (29.20) | 13.74 |
| 138. R&R Plumbing fixture supply line | 2.00 EA | 17.67 | 35.34 | 5/20 yrs | Avg. | 25% | (7.35) | 27.99 |
| 139. R&R Stud wall - 2x4 (per BF) | 7.50 BF | 1.78 | 13.35 | 17/150 yrs | Avg. | 11.33% | (1.41) | 11.94 |



## Southeastern Property Market Claim Office

**Allstate**
You're in good hands.

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

### CONTINUED - Kitchen

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 140. R&R Casing - 2 1/4" stain grade | 26.00 LF | 2.23 | 57.98 | 17/150 yrs | Avg. | 11.33% | (5.69) | 52.29 |
| 141. Stain & finish casing | 26.00 LF | 1.53 | 39.78 | 17/15 yrs | Avg. | 90% [M] | (35.80) | 3.98 |
| 142. Dishwasher - Detach & reset | 1.00 EA | 185.76 | 185.76 | 0/NA | Avg. | 0% | (0.00) | 185.76 |
| 143. Dishwasher connection | 1.00 EA | 102.38 | 102.38 | 17/100 yrs | Avg. | 17% | (17.40) | 84.98 |
| 144. Clean dishwasher - exterior | 1.00 EA | 10.28 | 10.28 | 0/NA | Avg. | 0% | (0.00) | 10.28 |
| 145. Clean window unit (per side) 3 - 9 SF | 2.00 EA | 6.93 | 13.86 | 0/NA | Avg. | 0% | (0.00) | 13.86 |
| 146. Detach & Reset Window drapery - hardware - single rod - Small | 1.00 EA | 22.95 | 22.95 | 0/10 yrs | Avg. | 0% | (0.00) | 22.95 |
| 147. R&R Outlet | 7.00 EA | 13.86 | 97.02 | 17/25 yrs | Avg. | 68% | (51.69) | 45.33 |
| 148. R&R Ground fault interrupter (GFI) outlet | 1.00 EA | 27.45 | 27.45 | 10/10 yrs | Avg. | 90% [M] | (22.28) | 5.17 |
| 149. R&R 220 volt outlet | 2.00 EA | 25.95 | 51.90 | 17/25 yrs | Avg. | 68% | (31.21) | 20.69 |
| 150. R&R Switch | 6.00 EA | 13.90 | 83.40 | 17/25 yrs | Avg. | 68% | (44.47) | 38.93 |
| 151. R&R Clothes dryer vent - installed | 1.00 EA | 57.74 | 57.74 | 0/30 yrs | Avg. | 0% | (0.00) | 57.74 |
| 152. Clean exterior door (per side) | 2.00 EA | 9.35 | 18.70 | 0/NA | Avg. | 0% | (0.00) | 18.70 |
| 153. Prime & paint door slab only - exterior (per side) | 2.00 EA | 42.98 | 85.96 | 10/15 yrs | Avg. | 66.67% | (57.31) | 28.65 |
| 154. Rewire - average residence - copper wiring | 175.45 SF | 2.67 | 468.45 | 17/100 yrs | Avg. | 17% | (79.64) | 388.81 |

**Totals: Kitchen** | | | **9,049.74** | | | | **2,593.01** | **6,456.73**



**FRNC**                                                    **Height: 7' 10"**

57.44 SF Walls                          3.35 SF Ceiling
60.80 SF Walls & Ceiling                3.35 SF Floor
0.37 SY Flooring                        7.33 LF Floor Perimeter
7.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 155. Clean the walls and ceiling | 60.80 SF | 0.24 | 14.59 | 0/NA | Avg. | 0% | (0.00) | 14.59 |
| 156. Clean floor | 3.35 SF | 0.28 | 0.94 | 0/NA | Avg. | 0% | (0.00) | 0.94 |
| 157. Clean furnace - forced air | 1.00 EA | 34.75 | 34.75 | 0/NA | Avg. | 0% | (0.00) | 34.75 |
| 158. Deodorize building - Hot thermal fog | 26.27 CF | 0.05 | 1.31 | 0/NA | Avg. | 0% | (0.00) | 1.31 |

**Totals: FRNC** | | | **51.59** | | | | **0.00** | **51.59**



## Southeastern Property Market Claim Office

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787



**HWT**
**Height: 7' 10"**

| | |
|---|---|
| 58.75 SF Walls | 3.51 SF Ceiling |
| 62.26 SF Walls & Ceiling | 3.51 SF Floor |
| 0.39 SY Flooring | 7.50 LF Floor Perimeter |
| 7.50 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 159. Clean the walls and ceiling | 62.26 SF | 0.24 | 14.94 | 0/NA | Avg. | 0% | (0.00) | 14.94 |
| 160. Clean floor | 3.51 SF | 0.28 | 0.98 | 0/NA | Avg. | 0% | (0.00) | 0.98 |
| 161. Clean water heater | 1.00 EA | 15.52 | 15.52 | 0/NA | Avg. | 0% | (0.00) | 15.52 |
| 162. Deodorize building - Hot thermal fog | 27.53 CF | 0.05 | 1.38 | 0/NA | Avg. | 0% | (0.00) | 1.38 |

**Totals: HWT**          32.82          0.00    32.82



**Living Room**
**Height: Sloped**

| | |
|---|---|
| 440.26 SF Walls | 221.12 SF Ceiling |
| 661.37 SF Walls & Ceiling | 219.20 SF Floor |
| 24.36 SY Flooring | 57.71 LF Floor Perimeter |
| 70.15 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| **Missing Wall - Goes to Floor** | 3' X 6' 8" | Opens into KITCHEN |
| **Missing Wall - Goes to Floor** | 4' 2" X 6' 8" | Opens into DINING_ROOM |
| **Door** | 2' 6" X 6' 8" | Opens into Exterior |
| **Window** | 2' 8" X 4' 6" | Opens into Exterior |
| **Window** | 2' 8" X 4' 6" | Opens into Exterior |
| **Door** | 2' 6" X 6' 8" | Opens into MBR |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 163. Clean the walls and ceiling | 661.37 SF | 0.24 | 158.73 | 0/NA | Avg. | 0% | (0.00) | 158.73 |
| 164. Seal/prime then paint the walls and ceiling twice (3 coats) | 661.37 SF | 1.24 | 820.10 | 5/15 yrs | Avg. | 33.33% | (273.37) | 546.73 |
| 165. R&R Crown molding - 2 1/4" stain grade | 70.15 LF | 3.83 | 268.67 | 17/150 yrs | Avg. | 11.33% | (27.27) | 241.40 |
| 166. Stain & finish crown molding | 70.15 LF | 1.65 | 115.75 | 17/15 yrs | Avg. | 90% [M] | (104.18) | 11.57 |
| 167. R&R Wallpaper border | 70.15 LF | 2.45 | 171.87 | 17/7 yrs | Avg. | 90% [M] | (126.90) | 44.97 |
| 168. R&R Ceiling fan & light | 1.00 EA | 272.13 | 272.13 | 17/20 yrs | Avg. | 85% | (221.76) | 50.37 |
| 169. R&R Smoke detector | 1.00 EA | 51.22 | 51.22 | 5/10 yrs | Avg. | 50% | (22.31) | 28.91 |
| 170. Clean window unit (per side) 10 - 20 SF | 2.00 EA | 9.90 | 19.80 | 0/NA | Avg. | 0% | (0.00) | 19.80 |
| 171. Clean drapery hardware | 2.00 EA | 11.09 | 22.18 | 0/NA | Avg. | 0% | (0.00) | 22.18 |
| 172. R&R Window blind - PVC - 1" - 7.1 to 14 SF | 2.00 EA | 54.08 | 108.16 | 5/5 yrs | Avg. | 90% [M] | (86.56) | 21.60 |
| 173. Clean exterior door (per side) | 1.00 EA | 9.35 | 9.35 | 0/NA | Avg. | 0% | (0.00) | 9.35 |
| 174. Clean and deodorize carpet | 219.20 SF | 0.30 | 65.76 | 0/NA | Avg. | 0% | (0.00) | 65.76 |



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

**CONTINUED - Living Room**

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 175. Deodorize building - Hot thermal fog | 1,709.20 CF | 0.05 | 85.46 | 0/NA | Avg. | 0% | (0.00) | 85.46 |
| **Totals: Living Room** | | | **2,169.18** | | | | **862.35** | **1,306.83** |

### MBR

**Height: Sloped**

309.63 SF Walls    153.04 SF Ceiling
462.67 SF Walls & Ceiling    151.68 SF Floor
16.85 SY Flooring    42.00 LF Floor Perimeter
49.70 LF Ceil. Perimeter

| | | |
|---|---|---|
| **Window** | 2' 8" X 4' 6" | **Opens into Exterior** |
| **Window** | 2' 8" X 4' 6" | **Opens into Exterior** |
| **Door** | 2' 6" X 6' 8" | **Opens into LIVING_ROOM** |
| **Door** | 2' 6" X 6' 8" | **Opens into MBR_CL** |
| **Door** | 2' 6" X 6' 8" | **Opens into MBTH** |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 176. Clean the ceiling | 153.04 SF | 0.24 | 36.73 | 0/NA | Avg. | 0% | (0.00) | 36.73 |
| 177. Seal/prime then paint the ceiling twice (3 coats) | 153.04 SF | 1.24 | 189.77 | 5/15 yrs | Avg. | 33.33% | (63.26) | 126.51 |
| 178. Clean crown molding | 49.70 LF | 0.29 | 14.41 | 0/NA | Avg. | 0% | (0.00) | 14.41 |
| 179. Clean ceiling fan and light | 1.00 EA | 17.08 | 17.08 | 0/NA | Avg. | 0% | (0.00) | 17.08 |
| 180. Clean the walls | 309.63 SF | 0.24 | 74.31 | 0/NA | Avg. | 0% | (0.00) | 74.31 |
| 181. Floor protection - plastic and tape - 10 mil | 151.68 SF | 0.28 | 42.47 | 0/15 yrs | Avg. | 0% | (0.00) | 42.47 |
| 182. Clean window unit (per side) 10 - 20 SF | 2.00 EA | 9.90 | 19.80 | 0/NA | Avg. | 0% | (0.00) | 19.80 |
| 183. R&R Window blind - PVC - 1" - 7.1 to 14 SF | 2.00 EA | 54.08 | 108.16 | 5/5 yrs | Avg. | 90% [M] | (86.56) | 21.60 |
| 184. Clean drapery hardware | 2.00 EA | 11.09 | 22.18 | 0/NA | Avg. | 0% | (0.00) | 22.18 |
| 185. Clean door (per side) | 4.00 EA | 4.74 | 18.96 | 0/NA | Avg. | 0% | (0.00) | 18.96 |
| 186. Paint door slab only - 2 coats (per side) | 4.00 EA | 35.76 | 143.04 | 10/15 yrs | Avg. | 66.67% | (95.36) | 47.68 |
| 187. Clean door / window opening (per side) | 3.00 EA | 8.95 | 26.85 | 0/NA | Avg. | 0% | (0.00) | 26.85 |
| 188. Clean and deodorize carpet | 151.68 SF | 0.30 | 45.50 | 0/NA | Avg. | 0% | (0.00) | 45.50 |
| 189. Deodorize building - Hot thermal fog | 1,175.52 CF | 0.05 | 58.78 | 0/NA | Avg. | 0% | (0.00) | 58.78 |
| **Totals: MBR** | | | **818.04** | | | | **245.18** | **572.86** |

LINDA_FLOYD



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787



| **MBR cl** | | | | | | | **Height: Sloped** |

157.56 SF Walls                      26.09 SF Ceiling
183.64 SF Walls & Ceiling            25.67 SF Floor
2.85 SY Flooring                     18.83 LF Floor Perimeter
21.45 LF Ceil. Perimeter

| Door | | 2' 6" X 6' 8" | | | Opens into MBR | | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 190. Clean the ceiling | 26.09 SF | 0.24 | 6.26 | 0/NA | Avg. | 0% | (0.00) | 6.26 |
| 191. Seal/prime then paint the ceiling twice (3 coats) | 26.09 SF | 1.24 | 32.35 | 5/15 yrs | Avg. | 33.33% | (10.78) | 21.57 |
| 192. Clean light fixture | 1.00 EA | 6.96 | 6.96 | 0/NA | Avg. | 0% | (0.00) | 6.96 |
| 193. Clean the walls | 157.56 SF | 0.24 | 37.81 | 0/NA | Avg. | 0% | (0.00) | 37.81 |
| 194. Floor protection - plastic and tape - 10 mil | 25.67 SF | 0.28 | 7.19 | 0/15 yrs | Avg. | 0% | (0.00) | 7.19 |
| 195. Clean floor | 25.67 SF | 0.28 | 7.19 | 0/NA | Avg. | 0% | (0.00) | 7.19 |
| 196. Seal underlayment for odor control | 25.67 SF | 0.57 | 14.63 | 0/15 yrs | Avg. | 0% | (0.00) | 14.63 |
| 197. Clean shelving - wire (vinyl coated) | 9.67 LF | 1.15 | 11.12 | 0/NA | Avg. | 0% | (0.00) | 11.12 |
| 198. Clean electrical breaker panel | 1.00 EA | 6.98 | 6.98 | 0/NA | Avg. | 0% | (0.00) | 6.98 |
| 199. Deodorize building - Hot thermal fog | 209.61 CF | 0.05 | 10.48 | 0/NA | Avg. | 0% | (0.00) | 10.48 |

| **Totals: MBR cl** | | | **140.97** | | | | **10.78** | **130.19** |



| **Mbth** | | | | | | | **Height: Sloped** |

255.03 SF Walls                      95.62 SF Ceiling
350.65 SF Walls & Ceiling            60.51 SF Floor
6.72 SY Flooring                     20.82 LF Floor Perimeter
45.87 LF Ceil. Perimeter

| Window | | 1' 3" X 3' 4" | | | Opens into Exterior | | |
| Door | | 2' 6" X 6' 8" | | | Opens into MBR | | |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 200. Clean the ceiling | 95.62 SF | 0.24 | 22.95 | 0/NA | Avg. | 0% | (0.00) | 22.95 |
| 201. Seal/prime then paint the ceiling twice (3 coats) | 95.62 SF | 1.24 | 118.57 | 5/15 yrs | Avg. | 33.33% | (39.52) | 79.05 |
| 202. Clean light fixture | 2.00 EA | 6.96 | 13.92 | 0/NA | Avg. | 0% | (0.00) | 13.92 |
| 203. Clean bathroom fan | 1.00 EA | 18.48 | 18.48 | 0/NA | Avg. | 0% | (0.00) | 18.48 |
| 204. Clean crown molding | 45.87 LF | 0.29 | 13.30 | 0/NA | Avg. | 0% | (0.00) | 13.30 |
| 205. Clean the walls | 255.03 SF | 0.24 | 61.21 | 0/NA | Avg. | 0% | (0.00) | 61.21 |
| 206. Clean floor | 60.51 SF | 0.28 | 16.94 | 0/NA | Avg. | 0% | (0.00) | 16.94 |
| 207. Floor protection - plastic and tape - 10 mil | 60.51 SF | 0.28 | 16.94 | 0/15 yrs | Avg. | 0% | (0.00) | 16.94 |
| 208. Clean vanity - inside and out | 5.33 LF | 8.68 | 46.26 | 0/NA | Avg. | 0% | (0.00) | 46.26 |
| 209. Clean countertop | 10.67 SF | 0.48 | 5.12 | 0/NA | Avg. | 0% | (0.00) | 5.12 |
| 210. Clean sink faucet | 2.00 EA | 6.36 | 12.72 | 0/NA | Avg. | 0% | (0.00) | 12.72 |



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

### CONTINUED - Mbth

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 211. Clean sink | 2.00 EA | 8.54 | 17.08 | 0/NA | Avg. | 0% | (0.00) | 17.08 |
| 212. Clean tub | 1.00 EA | 13.89 | 13.89 | 0/NA | Avg. | 0% | (0.00) | 13.89 |
| 213. Clean tub / shower faucet | 2.00 EA | 9.24 | 18.48 | 0/NA | Avg. | 0% | (0.00) | 18.48 |
| 214. Clean shower | 1.00 EA | 28.46 | 28.46 | 0/NA | Avg. | 0% | (0.00) | 28.46 |
| 215. Clean shower door | 1.00 EA | 11.69 | 11.69 | 0/NA | Avg. | 0% | (0.00) | 11.69 |
| 216. Clean window unit (per side) 3 - 9 SF | 1.00 EA | 6.93 | 6.93 | 0/NA | Avg. | 0% | (0.00) | 6.93 |
| 217. Clean mirror | 28.00 SF | 0.48 | 13.44 | 0/NA | Avg. | 0% | (0.00) | 13.44 |
| 218. Clean toilet | 1.00 EA | 14.35 | 14.35 | 0/NA | Avg. | 0% | (0.00) | 14.35 |
| 219. R&R Toilet seat - Standard grade | 1.00 EA | 36.03 | 36.03 | 5/9 yrs | Avg. | 55.56% | (17.76) | 18.27 |
| 220. Clean shelving - wire (vinyl coated) | 5.00 LF | 1.15 | 5.75 | 0/NA | Avg. | 0% | (0.00) | 5.75 |
| 221. Clean door (per side) | 2.00 EA | 4.74 | 9.48 | 0/NA | Avg. | 0% | (0.00) | 9.48 |
| 222. Paint door slab only - 2 coats (per side) | 2.00 EA | 35.76 | 71.52 | 10/15 yrs | Avg. | 66.67% | (47.68) | 23.84 |
| 223. Deodorize building - Hot thermal fog | 742.82 CF | 0.05 | 37.14 | 0/NA | Avg. | 0% | (0.00) | 37.14 |

| **Totals: Mbth** | | | **630.65** | | | | **104.96** | **525.69** |



| Rear Elevation | | Formula Elevation 60' x 7' 6" x 0" |
|---|---|---|
| 409.17 SF Walls | | 57.50 LF Floor Perimeter |
| 450.00 SF Long Wall | | 450.00 SF Short Wall |
| 60.00 LF Ceil. Perimeter | | |

| **Missing Wall** - Goes to neither Floor/Ceiling | 1' 3" X 3' 4" | **Opens into Exterior** |
|---|---|---|
| **Missing Wall** - Goes to neither Floor/Ceiling | 2' 8" X 3' | **Opens into Exterior** |
| **Missing Wall** - Goes to Floor | 2' 6" X 6' 8" | **Opens into Exterior** |
| **Missing Wall** - Goes to neither Floor/Ceiling | 2' 8" X 4' 6" | **Opens into Exterior** |

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 224. R&R Siding - vinyl | 33.00 SF | 3.06 | 100.98 | 17/50 yrs | Avg. | 34% | (30.97) | 70.01 |
| 225. R&R Exhaust vent - installed* | 1.00 EA | 57.74 | 57.74 | 17/30 yrs | Avg. | 56.67% | (31.02) | 26.72 |
| 226. R&R Builder board - 1/2" natural - fiberboard sheathing | 33.00 SF | 1.05 | 34.65 | 17/150 yrs | Avg. | 11.33% | (3.59) | 31.06 |
| 227. R&R House wrap (air/moisture barrier) | 33.00 SF | 0.26 | 8.58 | 17/150 yrs | Avg. | 11.33% | (0.86) | 7.72 |
| 228. Clean with pressure/chemical spray | 409.17 SF | 0.24 | 98.20 | 0/NA | Avg. | 0% | (0.00) | 98.20 |

| **Totals: Rear Elevation** | | | **300.15** | | | | **66.44** | **233.71** |

LINDA_FLOYD                                                    2/16/2017              Page: 14



**Allstate**
You're in good hands.

**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787

### Miscellaneous

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 229. General clean - up | 8.00 HR | 29.12 | 232.96 | 0/NA | Avg. | 0% | (0.00) | 232.96 |
| To clean up debris in the yard and also clean the rear porch | | | | | | | | |
| 230. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 592.33 | 592.33 | 0/NA | Avg. | NA | (0.00) | 592.33 |
| 231. R&R Temporary power - hookup | 1.00 EA | 293.98 | 293.98 | 0/NA | Avg. | 0% | (0.00) | 293.98 |
| 232. Temporary power usage (per month) | 2.00 MO | 127.85 | 255.70 | 0/NA | Avg. | 0% | (0.00) | 255.70 |
| 233. Temporary toilet (per month) | 2.00 MO | 111.50 | 223.00 | 0/NA | Avg. | 0% | (0.00) | 223.00 |
| 234. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 200.00 | 200.00 | 0/NA | Avg. | 0% | (0.00) | 200.00 |
| Allowance. If permit or fees are more than allowed the insured will submit a copy of the permit and receipt for possible reimbursement. | | | | | | | | |
| **Totals: Miscellaneous** | | | **1,797.97** | | | | **0.00** | **1,797.97** |
| **Total: Main Level** | | | **21,056.61** | | | | **5,459.82** | **15,596.79** |
| **Total: SKETCH2** | | | **21,056.61** | | | | **5,459.82** | **15,596.79** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT | RCV | AGE/LIFE | COND. | DEP % | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|---|
| 235. Siding labor minimum* | 1.00 EA | 91.04 | 91.04 | 0/NA | Avg. | 0% | (0.00) | 91.04 |
| 236. Framing labor minimum* | 1.00 EA | 104.25 | 104.25 | 0/NA | Avg. | 0% | (0.00) | 104.25 |
| 237. Wallpaper labor minimum* | 1.00 EA | 16.12 | 16.12 | 0/NA | Avg. | 0% | (0.00) | 16.12 |
| **Totals: Labor Minimums Applied** | | | **211.41** | | | | **0.00** | **211.41** |
| **Line Item Totals: LINDA_FLOYD** | | | **21,268.02** | | | | **5,459.82** | **15,808.20** |

[%] - Indicates that depreciate by percent was used for this item

[M] - Indicates that the depreciation percentage was limited by the maximum allowable depreciation for this item

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,723.91 | SF Walls | 1,209.88 | SF Ceiling | 4,933.79 | SF Walls and Ceiling |
| 1,160.52 | SF Floor | 128.95 | SY Flooring | 473.15 | LF Floor Perimeter |
| 450.00 | SF Long Wall | 450.00 | SF Short Wall | 596.81 | LF Ceil. Perimeter |
| 1,160.52 | Floor Area | 954.96 | Total Area | 3,418.63 | Interior Wall Area |
| 1,157.29 | Exterior Wall Area | 159.50 | Exterior Perimeter of Walls | | |
| 0.00 | Surface Area | 0.00 | Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 | Total Hip Length | | |



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax: (866) 229-5787

## Summary for
## AA-Dwelling
### Summary for All Items

| | |
|---|---|
| Line Item Total | 21,268.02 |
| Material Sales Tax | 588.00 |
| General Contractor Overhead | 2,185.82 |
| General Contractor Profit | 2,185.82 |
| **Replacement Cost Value** | **$26,227.66** |
| Less Depreciation | (6,781.29) |
| **Actual Cash Value** | **$19,446.37** |
| **Net Claim** | **$19,446.37** |
| Total Recoverable Depreciation | 6,781.29 |
| **Net Claim if Depreciation is Recovered** | **$26,227.66** |

_____

Tom Sutherland



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787

### Recap of Taxes, General Contractor Overhead and Profit

|  | GC Overhead (10%) | GC Profit (10%) | Material Sales Tax (8%) | Laundry & D/C Tax (8%) | Manuf. Home Tax (2%) | Storage Rental Tax (8%) | Local Food Tax (2%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
|  | 2,185.82 | 2,185.82 | 588.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | | |
|  | **2,185.82** | **2,185.82** | **588.00** | **0.00** | **0.00** | **0.00** | **0.00** |



**Allstate**
You're in good hands.

**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787

## Recap by Room

**Estimate: LINDA_FLOYD**

**Area: SKETCH2**

**Area: Main Level**

| | | |
|---|---:|---:|
| Bedroom 3 | 596.16 | 2.80% |
| B3 Cl | 28.08 | 0.13% |
| Hall 1 | 657.96 | 3.09% |
| Bedroom 4 | 545.60 | 2.57% |
| B4 Cl | 26.54 | 0.12% |
| Bedroom 2 | 594.56 | 2.80% |
| B2 Cl | 43.76 | 0.21% |
| Bath | 553.90 | 2.60% |
| Hall 2 | 672.87 | 3.16% |
| LC | 105.06 | 0.49% |
| Dining Room | 2,241.01 | 10.54% |
| Kitchen | 9,049.74 | 42.55% |
| FRNC | 51.59 | 0.24% |
| HWT | 32.82 | 0.15% |
| Living Room | 2,169.18 | 10.20% |
| MBR | 818.04 | 3.85% |
| MBR cl | 140.97 | 0.66% |
| Mbth | 630.65 | 2.97% |
| Rear Elevation | 300.15 | 1.41% |
| Miscellaneous | 1,797.97 | 8.45% |
| **Area Subtotal:  Main Level** | **21,056.61** | **99.01%** |
| **Area Subtotal:  SKETCH2** | **21,056.61** | **99.01%** |
| **Labor Minimums Applied** | **211.41** | **0.99%** |
| **Subtotal of Areas** | **21,268.02** | **100.00%** |
| **Total** | **21,268.02** | **100.00%** |



**Allstate**
You're in good hands.

**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787

## Recap by Category with Depreciation

| General Contractor O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| ACOUSTICAL TREATMENTS | 869.30 | 98.52 | 770.78 |
| APPLIANCES | 466.99 | 149.24 | 317.75 |
| CABINETRY | 3,008.76 | 1,295.09 | 1,713.67 |
| CLEANING | 2,658.16 | | 2,658.16 |
| GENERAL DEMOLITION | 1,810.87 | | 1,810.87 |
| DRYWALL | 2,132.12 | 241.63 | 1,890.49 |
| ELECTRICAL | 856.47 | 351.96 | 504.51 |
| FLOOR COVERING - WOOD | 1,170.65 | 468.26 | 702.39 |
| PERMITS AND FEES | 200.00 | | 200.00 |
| FINISH CARPENTRY / TRIMWORK | 999.69 | 113.31 | 886.38 |
| FRAMING & ROUGH CARPENTRY | 148.38 | 5.00 | 143.38 |
| HEAT,  VENT & AIR CONDITIONING | 181.16 | 65.84 | 115.32 |
| INSULATION | 248.95 | 28.21 | 220.74 |
| LIGHT FIXTURES | 615.53 | 523.21 | 92.32 |
| PLUMBING | 347.15 | 89.47 | 257.68 |
| PAINTING | 4,090.46 | 1,568.39 | 2,522.07 |
| SIDING | 189.71 | 31.83 | 157.88 |
| TEMPORARY REPAIRS | 734.02 | | 734.02 |
| WINDOW TREATMENT | 382.53 | 302.96 | 79.57 |
| WALLPAPER | 157.12 | 126.90 | 30.22 |
| General Contractor O&P Items Subtotal | 21,268.02 | 5,459.82 | 15,808.20 |
| Material Sales Tax | 588.00 | 191.21 | 396.79 |
| General Contractor Overhead | 2,185.82 | 565.13 | 1,620.69 |
| General Contractor Profit | 2,185.82 | 565.13 | 1,620.69 |
| Total | 26,227.66 | 6,781.29 | 19,446.37 |

Depending upon the circumstances of your loss, our estimate may or may not include an amount for general contractor's overhead and profit.  If you have questions regarding general contractor's overhead and profit and whether the services of a general contractor are appropriate for your loss, please contact your claim representative before proceeding with repairs.

Specialized skill, licensing or certification may be needed of any contractor(s) that you retain, for instance, to identify the presence and nature of any potential contaminants, toxins, pollutants, or other hazards that may be encountered during the course of the work, or to utilize appropriate work practices and procedures during the course of the work. Check with your local or State public health or environmental agency regarding potential hazards, including contractor qualifications and other requirements. For your safety, it is prudent to avoid areas where damaged structures, materials or unknown substances may be present, and to not disturb such structures, material, or unknown substances until your contractors have inspected the work site. The suggestions above are provided only for your consideration. They in no way supplement, alter or modify your existing



**Southeastern Property Market Claim Office**

P.O. Box 34212
Charlotte, North Carolina 28234
Phone: (800) 825-3659
Fax:  (866) 229-5787

coverage.  Your insurance policy is the legal contract that contains the terms and limitations of your coverage.
If you have any concerns about the grade of flooring on your estimate, you may take advantage of a free service that will provide you with a more specific analysis. To use this option, please keep a 12" x 12" sample of your damaged flooring, and notify your Allstate adjuster that you would like the additional analysis.

Main Level





Main Level



Southeastern Property MCO
PO BOX 34212
CHARLOTTE NC 28234

LINDA FLOYD
728 CHANDLER MILL RD
LAKE CITY SC 295605031

February 20, 2017

INSURED:  LINDA FLOYD

DATE OF LOSS:  January 23, 2017

CLAIM NUMBER:  0443657846 MTS

PHONE NUMBER:  800-825-3659

FAX NUMBER:  866-229-5787

OFFICE HOURS:  Mon - Fri 8:00 am - 4:45 pm,
Sat 8:00 am - 4:45 pm

DATE OF SETTLEMENT: February 20, 2017

Dear LINDA FLOYD,

Thank you for allowing us to spend time with you regarding your recent claim.  When replacement cost coverage is afforded by your policy, the following will apply:

The following calculations summarize our settlement agreement:

| | | |
|---|---|---|
| 1. | The full cost of repair or replacement is | $  26,227.66 |
| 2. | The recoverable depreciation is | $  6,781.29 |
| 3. | The non-recoverable depreciation is | $  0.00 |
| 4. | The actual cash value of the loss is | $  19,446.37 |
| 5. | Your deductible is | $  0.00 |
| 6. | The actual cash value payment is | $  19,446.37 |

Depreciation has been deducted from the full cost of the repair or replacement to your property to determine the actual cash value.

To make a claim for the recoverable depreciation for an amount in excess of actual cash value, you must repair, rebuild or replace the damaged property within 180 days of the actual cash value payment.  Please mail your receipts and any other documentation (building permits, contracts, invoices, etc.) to support that the repair or replacement has been completed within the 180 days period.  In no event will the actual cash value payment and supplemental payment exceed the amount actually and necessarily spent, less the deductible.

Please call me at the number below and refer to our claim number if you wish to discuss any aspect of this case, including this letter.

**We're Here to Help You**

We trust that you understand the basis for this decision. Please call me at the number below and refer to our claim number if you wish to discuss any aspect of this case, including this letter.

Sincerely,

*THOMAS SUTHERLAND*

THOMAS SUTHERLAND
800-825-3659 Ext. 5477754
Allstate Indemnity Company

**Date:**           Mon, 27 Feb 2017 1:16:00 PM (UTC)
**Sent:**           Mon, 27 Feb 2017 1:16:26 PM (UTC)
**Subject:**        Replacement cost letter
**From:**           Sutherland, Tom
**To:**             'floyd1960@yahoo.com' <floyd1960@yahoo.com>;
**Attachments:**    Floyd FRC.pdf

Mrs. Floyd,
Here is the replacement cost letter regarding the depreciation.
Thank you,

Tom Sutherland
Claim Service Consultant
Southeastern Property MCO
P.O. Box 34212
Charlotte NC 28234

Office-800-825-3659 ext. 5477754
Cell-843-566-2932
Fax-866-229-5787
Email-tom.sutherland@allstate.com

My goal is to deliver compassionate service that is Fast, Fair and Easy. I want you to be completely satisfied with my service. Thank you for being an Allstate customer.

Financials > Search Financial Log > Financial Log >

## Payment Summary



| Tran/Check #: | 135356008 | | Cashed Date: | 3/1/2017 |
|---|---|---|---|---|
| Payee: | LINDA FLOYD and SEAS PRPERTIES USC | | | |
| Mail To: | LINDA FLOYD | | Payment Amount: | 19,446.37 USD |
| | 728 CHANDLER MILL RD, LAKE CITY, SC 29560 US | | | |
| In Payment For: | Fire - Hostile Loss on 1/23/2017. | | | |
| Invoice Date: | | Invoice #: | Invoice Amount: | |
| Payment Method: | System Issued | Dates From: | To: | |
| Issued By: | THOMAS SUTHERLAND Issue Date: | 2/22/2017 | Company: | Allstate Indemnity Co... |

Additional Comments:

Check Stub Wording:      In payment for Dwelling For Fire - Hostile Loss for Date of Loss 1/23/2017.

| Payment Type | Method of Settlement | Transaction Reason | Svc. Benefit Type | Billed Amount | Amount To Pay |
|---|---|---|---|---|---|
| Claim #:  0443657846 | | Insured:  LINDA FLOYD | | | |
| **LINDA FLOYD/Dwelling** | | | | | |
| Loss Payment | Field Not Settled on Site | Regular Payment | Damages | | 19,446.37 USD |



Add Pay File Note    View Pay File Notes    Payment Setup    Payment Details

Back