**Powerclaim**

Found at:https://docplayer.net/17724934-Welcome-to-powerclaim-net-services.html



- Tax and Labor can be optionally depreciated. Choose the appropriate settings for the defaults.
- The "Item Depreciation" field will set a default depreciation for all new line items.

EXHIBIT B

**Simsol**

Found at: https://windnetwork.com/wp-content/uploads/2014/01/Simsol.pdf





**Symbility**

Found at: https://www.youtube.com/watch?v=GVUdSCxde14

