**State Farm®**
Providing Insurance and Financial Services
Home Office, Bloomington, Illinois 61710

 **StateFarm**

March 10, 2016

Director of Insurance
South Carolina Insurance Department
Attn: Property and Casualty Section
Capitol Center, 1201 Main Street, Suite 1000
P.O. Box 100105
Columbia, SC  29202-3105

**Corporate Headquarters**
One State Farm Plaza, D-4
Bloomington, IL  61710
Fax 309 766 0225

IN REPLY PLEASE REFER TO:     ML-32711

RE:   State Farm Fire and Casualty Company, 100372
      Multi Line
      + Homeowners
      + Manufactured Home
      + Rental Dwelling
      + Rental Condominium Unitowners
      FE-3650, Actual Cash Value Endorsement

We respectfully request your approval of FE-3650 ACTUAL CASH VALUE ENDORSEMENT. This new endorsement describes actual cash value as used throughout the policy and endorsements. FE-3650 describes actual cash value as value of the damaged property, calculated as the estimated cost to repair or replace less a deduction for depreciation. All components of the estimated cost are subject to depreciation, including materials, labor, overhead and profit. This endorsement will be issued to all:

• Homeowners and Condominium Unitowners policies within our Homeowners Program;
• policies within our Manufactured Home Program;
• policies within our Rental Dwelling Program; and
• policies within our Rental Condominium Unitowners Program

The undersigned certifies that the attached policy form meets the minimum reading ease score in accordance with Regulation 69-5.1.

We request your approval of this filing to be effective August 1, 2016 for new business and October 1, 2016 for renewals.

In an effort to work with you as promptly as possible, please direct any questions to:

| | | |
|---|---|---|
| Bob VandeBerg | (309) 766-1222 | bob.vandeberg.a9dl@statefarm.com |
| Erin J. Rahn | (309) 763-3349 | erin.rahn.luw0@statefarm.com |

Please send paper correspondence to the attention of the State Filings Unit at the address shown above.

Sincerely,

*[signature: Erin Rahn]*

©, Copyright, State Farm Mutual Automobile Insurance Company 2016
No reproduction of this copyrighted material allowed without express written consent from State Farm®

**EXHIBIT E**

FE-3650
Page 1 of 1

## FE-3650 ACTUAL CASH VALUE ENDORSEMENT

The following is added to any provision which uses the term "actual cash value":

Actual cash value means the value of the damaged part of the property at the time of loss, calculated as the estimated cost to repair or replace such property, less a deduction to account for pre-loss depreciation. For this calculation, all components of this estimated cost including, but not limited to:

1. materials, including any tax;
2. labor, including any tax; and
3. overhead and profit;

are subject to depreciation.

The depreciation deduction may include such considerations as:

1. age;
2. condition;
3. reduction in useful life;
4. obsolescence; and
5. any pre-loss damage including wear, tear, or deterioration;

of the damaged part of the property.

All other policy provisions apply.

FE-3650

©, Copyright, State Farm Mutual Automobile Insurance Company, 2015